UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JACOBS,<br><br>    Plaintiff,<br><br>    v.<br><br>BENJAMIN WINKLEBLACK, et al.,<br><br>    Defendants. | Case No. 17-cv-06790-NC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 8 |

The defendants in this case moved to dismiss plaintiff Robert Jacobs' third amended complaint. ECF 8. Jacobs' response was due on December 18, 2017, but no response has been filed. Jacobs must respond to the motion to dismiss by January 5, 2018, or else the case will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 2, 2018

                                        NATHANAEL M. COUSINS
                                      United States Magistrate Judge